AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Mark LOPILATO; Rhonda FULTON; Michael FULTON; and Michael LOPILATO | ) ) ) ) ) ) | Case No. 16-MJ-2209-MBB |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 2012 to December 2016__ in the county of _____ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) | Distribution of Steroids |
| 21 U.S.C. §§ 846 | Conspiracy to distribute controlled substance |
| 21 U.S.C. § 843(b) | Use of a communications facility in the commission of a narcotics offense |
| 21 U.S.C. § 952(b) | Importation of a controlled substance |
| 21 U.S.C. §§ 841(h) | Dispensing a controlled substance by mean of the Internet |

This criminal complaint is based on these facts:

See attached Affidavit of DEA Special Agent Todd Prough

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Todd Prough, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/21/2016__

_____
*Judge's signature*

City and state: __Boston, Massachusetts__    Marianne B. Bowler, United States Magistrate Judge
*Printed name and title*