## AFFIDAVIT OF SPECIAL AGENT TODD F. PROUGH

I, Todd F. Prough, being duly sworn, depose and state as follows:

1.      I am a Special Agent with the Drug Enforcement Administration ("DEA") of the
United States Department of Justice, and have been so employed since 1997.  I am
currently assigned to the New England Field Division's Tactical Diversion Squad in
Worcester, Massachusetts.  Prior to joining the DEA, I was employed for approximately
three years as a detective with the Lycoming County District Attorney's Office in
Lycoming County, Pennsylvania.  During my law enforcement career, I have received
specialized training regarding the activities of drug traffickers, including the methods
used to package, store, and distribute drugs, and the methods used by drug traffickers to
conceal and launder the proceeds of their drug trafficking activities.

2.      In addition to my training, I have had extensive experience in the investigation of
the activities of drug traffickers.  Since joining the DEA, I have participated in numerous
drug investigations as a case agent and in a subsidiary role.  I have debriefed more than
one-hundred defendants, informants, and witnesses who had personal knowledge about
drug trafficking activities and the operation of drug trafficking organizations.  I
personally have participated in all aspects of drug trafficking investigations, including
conducting surveillance, using confidential informants, acting in an undercover capacity,
and conducting court-authorized interceptions of wire and electronic communications.
During my law enforcement career, I have also participated in the preparation and/or
execution of numerous search warrants.

3.      This affidavit is made in support of a criminal complaint charging the individuals
listed below as follows:

- Mark LOPILATO of 3016 Lake Ridge Drive, Sanger, Texas ("LOPILATO") - distribution of steroids, a Schedule III controlled substance, and conspiracy to distribute steroids, a Schedule III controlled substance, in violation of 21 U.S.C. § § 841(a)(1) and 846; importation of a controlled substance, in violation of 21 U.S.C. § 952(b); use of a communications facility in the commission of a narcotics offense, in violation of 21 U.S.C. § 843(b); and dispensing a controlled substance by means of the Internet, in violation of 21 U.S.C. § 841(h)(1)(A);

- Rhonda FULTON of 1208 Cimarron Circle, Palm Bay, Florida ("R. FULTON") - distribution of steroids, a Schedule III controlled substance, and conspiracy to distribute steroids, a schedule III controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846; use of a communications facility in the commission of a narcotics offense, in violation of 21 U.S.C. § 843(b); and dispensing a controlled substance by means of the Internet, in violation of 21 U.S.C. § 841(h)(1)(A).

- Michael FULTON of 1208 Cimarron Circle, Palm Bay, Florida ("M. FULTON") - conspiracy to distribute steroids, a Schedule III controlled substance, in violation of 21 U.S.C. § 846; importation of a controlled substance, in violation of 21 U.S.C. § 952(b); and use of a communications facility in the commission of a narcotics offense, in violation of 21 U.S.C. § 843(b); and

- Michael LOPILATO of 357 North Main Street, Salem, New Hampshire ("M. LOPILATO") - conspiracy to distribute steroids, a Schedule III controlled substance, in violation of 21 U.S.C. § 846; use of a communications facility in the commission of a narcotics offense, in violation of 21 U.S.C. § 843(b); and dispensing a controlled substance by means of the Internet, in violation of 21 U.S.C. § 841(h)(1)(B).

4.      This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information from other law enforcement officers. Because this affidavit is submitted for the limited purpose of securing arrest warrants, I have not included each and every fact known to me concerning this investigation. I have set forth the facts that I believe are relevant in support of a criminal complaint.

**Undercover Purchases of Steroids**

5.      As part of an ongoing investigation, I accessed "ustraininggear.com," a public website on the Internet that advertises numerous types of steroids (Schedule III controlled

substances) for sale.[1]  The website provided instructions on how to place orders and further provided steve.ustg@gmail.com ("the TARGET ACCOUNT") as the contact email address for individuals who wanted to place orders.

6.      On January 16, 2016, acting in an undercover capacity, DEA Task Force Officer Paul Callahan ("TFO Callahan") sent an email to the TARGET ACCOUNT explaining that he needed help with physical training and expressed an interest in trying Anavar, a brand name for the steroid oxandrolone, a Schedule III controlled substance.  That same day, TFO Callahan received a reply email from the TARGET ACCOUNT stating in part, "I would start with Winstrol tabs... Let me know if you want to start with the Win, or whatever you think is best." [2]

7.      The following day, TFO Callahan sent an email to the TARGET ACCOUNT asking how much of the Winstrol tabs or pills he should start with.  Later that day, TFO Callahan received an email from the TARGET ACCOUNT that read in part, "Start with 1 tab a day for the first week, then go to 2 for 6-8 weeks and then back to 1 for the last 2 weeks.  If you want to go ahead with the Win tabs please send $150 cash to: Davis Manufacturing, 624 W. University Dr. #226, Denton, TX. 76201. Thank you, Steve. I'm only accepting cash payments sent by USPS Priority small flat rate box ($5.95) and email me the tracking number and your shipping addy."

8.      On January 25, 2016, I and TFO Callahan placed $150 U.S. Currency inside a United States Postal Service ("USPS") small flat-rate Priority Mail box with 0937 as the last four tracking numbers.  The box was addressed to Davis Manufacturing, 624 West

---

[1] According to WHOis.net, that website was registered on October 12, 2012 in the name of Paul Conroy at 20 Robert Road, Seabrook, New Hampshire.
[2] Winstrol is a brand name for the steroid stanozolol, a Schedule III controlled substance.

University Dr., #226, Denton, Texas 76201 and mailed from a USPS location in Massachusetts the same day. After mailing the box, TFO Callahan sent an email to the TARGET ACCOUNT stating that payment had been sent, providing the tracking number for the parcel containing the payment, and requesting that the steroids be sent to him at an address in Massachusetts (the "Undercover Address").

9.      On January 28, 2016, TFO Callahan sent an email to the TARGET ACCOUNT asking when he should expect the steroids. Later that day, TFO Callahan received an email from the TARGET ACCOUNT that read, "Your order shipped 2 days ago, the storm may be slowing down the mail. I will go to my box tmrw and get your payment." That same day, TFO Callahan sent an email to the TARGET ACCOUNT asking if there was a tracking number for the package he was expecting. Later that day, TFO Callahan received an email from the TARGET ACCOUNT reading, "My shipper has them, give it another day or 2, if nothing I will track it."[3]

10.      Later that day, I retrieved from the Undercover Address a USPS Priority Mail box with 2115 as the last four digits of the tracking number. The package had a return address of Fowler's Merchandise, 111 East University Dr., Suite 105 #182, Denton, Texas 76209. Inside the box was a packet labeled "Winstrol" that contained approximately one-hundred yellow pills that were sent to a DEA laboratory and determined to contain the steroid stanozolol, a Schedule III controlled substance. TFO Callahan then sent an email to the TARGET ACCOUNT stating that he had received the package. Later that day, TFO Callahan received an email from the TARGET

---

[3] Based on my training and experience and my involvement in this case, I believe that the individual with whom TFO Callahan was communicating uses other individuals to ship the steroid orders to customers.

ACCOUNT that read, "No problem."

11.     An Internet search of 624 West University Drive, Denton, Texas revealed that

that was an address used by a commercial mail receiving agency ("CMRA").[4]     An

Internet search of 111 East University Drive, Denton, Texas revealed that that was an

address used by another CMRA.

12.     Records from the USPS revealed that the parcel sent to the Undercover Address

was first accepted into the USPS mail stream in Palm Bay, Florida, even though the

return address on the package was in Texas.

13.     On March 10, 2016, TFO Callahan, acting in an undercover capacity, sent an

email to the TARGET ACCOUNT requesting to purchase more steroids.  Later that day,

TFO Callahan received a reply from the TARGET ACCOUNT stating, in part, "I would

try Turinabol, you will get a little more size off it than Winny."[5]  In a series of emails to

and from the TARGET ACCOUNT, TFO Callahan ordered one-hundred Turinabol

tablets.  On March 15, 2016, TFO Callahan received an email from the TARGET

ACCOUNT stating, "Ok, so you want 100 Turinabol.  Please send $150. Cash to: Davis

Manufacturing, 624 W. University Dr. #226, Denton, TX. 76201 Thank you, Steve

Email me the Priority tracking number and your shipping addy when your ready. thx"

14.     On April 21, 2016, TFO Callahan sent $150 U.S. Currency to the address

provided in the email from the TARGET ACCOUNT.  After mailing the box, TFO

Callahan sent an email to the TARGET ACCOUNT stating that payment had been sent,

---

[4] According to the USPS, a CMRA is a non-USPS business that accepts delivery of the mail and holds it for
pickup or re-mails it to the addressee, prepaid with new postage.  Some examples of CMRA's are UPS
Stores or other pack and mail services.
[5] Turinabol is the trade name for a steroid containing dehydrochloromethyltestosterone, a Schedule III
controlled substance.

providing the tracking number for the parcel containing the payment, and requesting that

the steroids be sent to him at the Undercover Address. On April 25, 2016, I retrieved

from the Undercover Address a USPS Priority Mail box with 6418 as the last four digits

of the tracking number. The package had a return address of Davis Manufacturing, 624

W. University Dr., #226, Denton, Texas 76201. [6]  Inside the box was a packet labeled

"Turinabol" that contained approximately one-hundred blue pills that were sent to a

DEA laboratory and determined to contain the steroid dehydrochloromethyltestosterone,

a Schedule III controlled substance.

15.    On June 9, 2016, TFO Callahan sent an email to the TARGET ACCOUNT

requesting to purchase an additional one-hundred Turinabol pills for $150.  Later that

date, TFO Callahan received an email from the TARGET ACCOUNT confirming the

order and directing TFO Callahan to mail the $150 to  Davis Manufacturing, 624 West

University Dr., #226, Denton, Texas 76201.

16.    On June 13, 2016, agents sent $150 U.S. Currency inside a USPS small flat-rate

Priority Mail box with 4594 as the last four tracking numbers.  The box was addressed

to Davis Manufacturing, 624 West University Dr., #226, Denton, Texas 76201 and

mailed at a USPS location in Massachusetts the same day.  After the box was mailed,

TFO Callahan sent an email to the TARGET ACCOUNT stating that payment had been

sent, providing the tracking number for the parcel containing the payment, and

requesting that the steroids be sent to him at the Undercover Address.

17.    On June 20, 2016 I retrieved from the Undercover Address a USPS Priority Mail

---

[6] USPS records reveal that this package was entered the mail stream in Palm Bay, Florida on April 22, 2016.

box with 0442 as the last four digits of the tracking number. The package had a return address of Davis Manufacturing, 624 West University Dr., #226, Denton, Texas 76201.[7] Inside the box was a packet labeled "Turinabol" that contained approximately one-hundred blue pills that were sent to a DEA laboratory and determined to contain the steroid dehydrochloromethyltestosterone, a Schedule III controlled substance.

18.     On August 26, 2016, TFO Callahan sent an email to the TARGET ACCOUNT requesting to purchase an additional one hundred Turinabol pills for $150. Later that date, TFO Callahan received an email from the TARGET ACCOUNT confirming the order and directing TFO Callahan to mail the $150 to Designs by Jessica, 25 Storey Avenue, #325, Newburyport, Massachusetts 01950.

19.     On August 30, 2016, agents sent $150 U.S. Currency inside a USPS small flat-rate Priority Mail box with 3067 as the last four tracking numbers. The box was addressed to Designs by Jessica, 25 Storey Avenue, #325, Newburyport, Massachusetts 01950 and mailed at a USPS location in Massachusetts the same day. After the box was mailed, TFO Callahan sent an email to the TARGET ACCOUNT stating that payment had been sent, providing the tracking number for the parcel containing the payment, and requesting that the steroids be sent to him at the Undercover Address.

20.     On September 2, 2016 agents retrieved from the Undercover Address a USPS Priority Mail box with 8717 as the last four digits of the tracking number. The package had a return address of Danielle Hampton, 3 O'Connors Ct., Newburyport, MA 01951.[8] Inside the box was a packet labeled "Turinabol" that contained approximately one-

---

[7] USPS records reveal that this package entered the mail stream in Palm Bay, Florida on June 14, 2016.
[8] USPS records reveal that this package entered the mail stream in Malabar, Florida on August 31, 2016. The Town of Malabar is adjacent to Palm Bay, Florida.

hundred blue pills that were sent to a DEA laboratory and determined to contain the steroid dehydrochlormethyltestosterone, a Schedule III controlled substance.

### Search Warrants on Email Accounts

21.     On February 22, 2016, a federal search warrant for the TARGET ACCOUNT was applied for, issued, and executed.  On July 13, 2016, a second federal search warrant for the TARGET ACCOUNT was applied for, issued, and executed.

22.     I have reviewed the emails produced pursuant to the above referenced search warrants, which included emails through at least part of the day on July 13, 2016.  My review of those emails revealed the following pattern. Customers emailed steroid orders to the TARGET ACCOUNT.  The TARGET ACCOUNT would then provide the cost of the steroid(s) and instructions on where to send the payment, in the form of cash. Shortly thereafter, customers shipped bulk U.S. Currency in USPS parcels to pay for the ordered steroids to addresses emailed to them from the TARGET ACCOUNT and then emailed the tracking numbers for those parcels to the TARGET ACCOUNT. Thereafter, an email was sent from the TARGET ACCOUNT to queenmaddog714@aol.com (an email account used by R. FULTON-see below) with the list of customers and shipping addresses and their respective orders.  For example, as stated above, on January 25, 2016, TFO Callahan sent an email to the TARGET ACCOUNT confirming that payment had been sent for his order of (100) Winstrol tablets and providing the tracking number for the parcel containing that payment.  Also in that email, TFO Callahan provided the Undercover Address where he wanted the steroids shipped.  My review of the TARGET ACCOUNT emails produced pursuant to the search warrants revealed that on January 25, 2016 an email was sent from the

TARGET ACCOUNT to queenmaddog714@aol.com with "new orders" in the subject line. The body of that email contained TFO Callahan's undercover name, the Undercover Address, and "100 WIN [100 Winstrol tablets]," along with the names, addresses, and orders of two other persons.[9]   As with the other controlled purchases in April and June 2016, after TFO Callahan emailed his order and the tracking number of the parcel containing the cash payment for that order to the TARGET ACCOUNT, an email was sent from the TARGET ACCOUNT to queenmaddog714@aol.com with "new orders" in the subject line and the quantity and type of steroids TFO Callahan had ordered and his Undercover Address.[10]

23.     My analysis of seized emails from the TARGET ACCOUNT revealed that this pattern continued with other customers on a nearly daily basis.  For example, on February 18, 2016, the TARGET ACCOUNT received a series of emails from five different email addresses, each ordering a variety of steroids to be shipped to different addresses, as described below:

    a.   Shane Caviness, 2610 Clydesdale Dr., North Pole, AK 99705,  ordered 100 Dianabol tablets[11];

    b.   Jon Devereaux, 559 E I-30, Rockwall, TX 75087, ordered 10-mL of trenbolone and 10-mL of testosterone enanthate[12];

    c.   Tony Lyons, 3520 Spruce St., Royce City, TX 75189, ordered 100 Proviron tablets, 100 Winstrol tablets, and 10-mL of testosterone propionate[13];

---

[9] As noted above, based on my training and experience and the facts of this case, I believe that the user of the TARGET ACCOUNT directs the user of queenmaddog714@aol.com to ship steroid orders to customers.

[10] The data provided through the search warrant was for the time period through July 13, 2016. Therefore, emails referring to the steroids ordered by TFO Callahan on August 26, 2016 would not be found during that search.

[11] Dianabol is the trade name for the steroid methandienone, a Schedule III controlled substance.

[12] Trenbolone and Testosterone are steroids and Schedule III controlled substances.

[13] Proviron is the trade name for the steroid mesterolone, a Schedule III controlled substance.

d. Jeff Knepp, 20 Short St., Pittsburgh, PA 15223, ordered 50-mL of testosterone enanthate and 35-mL of Masteron[14]; and

e. Freddi Torres, 10-08 Campbell Rd., Fair Lawn, NJ 07410, ordered 100 Winstrol tablets and 25- mL of testosterone enanthate.

24.    Later that day, the above-listed names, addresses, and requested drug quantities were sent in the body of one email from the TARGET ACCOUNT to queenmaddog714@aol.com.

25.    On July 8, 2016, an email was sent to the TARGET ACCOUNT from bobbyg6380@gmail.com that stated, "Need to order Qty 2 ripped blend 25ml bottles Qty 1 winstrol tabs DJ Oilfield Rentals & Parts LLC, Bobby Guillory VP of Sales, 970-210-4900."[15]  A short time later, an email from the TARGET ACCOUNT replied, "Thank you Bobby, please send $530. cash to our new payment addy: Jessica's Creations Attn: John D., 66 Coffin St. Apt. A, West. Newbury, Ma. 01985." On July 13, 2016, the TARGET ACCOUNT received an email from bobbyg6380@gmail.com stating, "Tracking 9505511447816195000512," and with a shipping address in Fort Collins, Colorado.[16]   Later that day, an email was sent from the TARGET ACCOUNT to queenmaddog714@aol.com with "new order" in the subject line and, "BOBBY GUILLORY, 1612 WAGON TONGUE CT., FT. COLLINS, CO. 80521," and, "2 R.B. 25ML'S 100 WIN THX." in the body of the message.

---

[14] Masteron is the trade name for the steroid drostanolone, a Schedule III controlled substance.
[15] I know from my experience and my involvement in this case that "ripped blend" is a blend of various steroids, in this case the steroids trenbolone, drostanolone, and testosterone. (See footnotes 10 and 12.)
[16] According to USPS records, a parcel with tracking number 9505511447816195005512 was mailed on July 13, 2016 from Laporte, Colorado, a town adjacent to Fort Collins, and received on July 15, 2016 in West Newbury, Massachusetts.

26.     Based on the controlled purchases of steroids made by DEA in this investigation and my review of the seized emails of the TARGET ACCOUNT, I have probable cause to believe that this organization consistently operates in the following manner. Customers send an email to the TARGET ACCOUNT ordering a type and quantity of steroid(s) and providing a shipping/receiving address. The TARGET ACCOUNT then sends payment instructions to the customers. Customers then send payment, in the form of cash, for the steroids in USPS parcels to various addresses supplied to them through emails from the TARGET ACCOUNT, and email the TARGET ACCOUNT the tracking number of that parcel. The TARGET ACCOUNT then sends an email with the customer orders to queenmaddog714@aol.com. The user of queenmaddog714@aol.com then fills the orders and mails them from the Palm Bay, Florida area to the customers.

27.     From my review of the emails produced pursuant to the above referenced search warrants on the TARGET ACCOUNT, I believe that this organization is importing bulk steroids from China. For example, on December 2, 2015, an email from the TARGET ACCOUNT was sent to shelly@pharmade.com ordering eight liters of testosterone in return for $2,200 U.S. Currency and requesting a name in which payment could be made through both Western Union and MoneyGram. In a later email, shelly@pharmade.com replied with the requested names. After that, the TARGET ACCOUNT forwarded the email from shelly@pharmade.com to tntsteal66@aol.com (an account used by M. FULTON-see below) and added, "Below is some payment names for Shelly. The 8 liters ... is $2,200." On December 3, 2015, tntsteal66@aol.com replied to the TARGET ACCOUNT with, "I think you' should

order 100 g of anadrol. Sent." [17]  The following day, an email was sent from the

TARGET ACCOUNT to shelly@pharmade.com requesting one-hundred grams of

Anadrol for $210 U.S. Currency (in addition to the previously-ordered eight liters of

testosterone).[18]  In a subsequent email, shelly@pharmade.com replied, confirming the

order and requesting the payment information.  On December 4, 2015, an email was

sent from the TARGET ACCOUNT to tntsteal66@aol.com instructing that $2,410 be

sent (to the names provided by shelly@parmade.com through Western Union or

MoneyGram) as payment for the steroids.  On December 7, 2015, an email from

tntsteal66@aol.com was sent to the TARGET ACCOUNT stating, "Robert Rivera, 286

Emerson dr, Palm Bay, FL 32907" and "Xian tin, China, 95974012, $2400."[19]  Later

that day, an email the TARGET ACCOUNT was sent to shelly@pharmade.com

confirming that $2,400 had been sent (through MoneyGram to the name and address

specified by shelly@pharmade.com) and specifying a shipping address (for the

steroids) of Steamroller Merchandise, 4651 Babcock Street, Unit 18, #320, Palm Bay,

Florida.  The following day, an email from the TARGET ACCOUNT was sent to

shelly@pharmade.com providing a second address of 2903 West New Haven Avenue,

#407, West Melbourne, Florida.  On December 11, 2015, the TARGET ACCOUNT

received an email from shelly@pharmade.com confirming that four liters of testosterone

had been shipped to 2903 West New Haven Avenue, #407, West Melbourne, Florida

---

[17] Based upon my training and experience and my involvement in this case, I believe that the user of the TARGET ACCOUNT ordered eight liters of Testosterone (from the user of shelly@pharmade.com) for $2,200, and instructed the user of tntsteal66@aol.com to make the payment, which the user of tntsteal66@aol.com confirmed.

[18] Anadrol is the tradename for the steroid oxymetholone, a Schedule III controlled substance.

[19] MoneyGram records confirm that $2,400 was sent on December 5, 2015 from Melbourne, Florida with a sender name of Robert Rivera and a recipient name of Xian Tian and was received in China on December 8, 2015.

and providing a tracking number of EA249192350HK. The email also indicated that four liters of testosterone and one-hundred grams of Anadrol had been sent to 4651 Babcock Street, Unit 18, #320, Palm Bay, Florida and provided a tracking number of EA249192859HK. [20] Attached to the email were two photographs depicting the steroids in the parcels.[21] As noted above, the steroids purchased by DEA in this investigation were mailed from a location in Palm Bay, Florida.

### Purchases of Steroids from China

28.     My review of the emails produced pursuant to the above-mentioned search warrants revealed many other emails in which the user of the TARGET ACCOUNT appeared to order steroids from China.   On May 20, 2016, an email from the TARGET ACCOUNT to shelly@pharmade.com stated, "Hi Shelly, This is what we are interested in: 500 grams of Anavar. 500 grams of Win. ½ kilo of Primo D. $1,620. Total $4,230. shipped." [22]   On May 30, 2016, the TARGET ACCOUNT received an email from drlibrim02@gmail.com with, "More MG INFO FOR SHELLY" in the subject line. The body of the email contained, "Yuping Shen, $900." [23]   This email was then forwarded from the TARGET ACCOUNT to shelly@pharmade.com and included, "Here is the 2nd $900." On May 31, 2016, an email was sent from the TARGET ACCOUNT to

---

[20] According to USPS records, a parcel with tracking number EA249192350HK was shipped from China on December 14, 2015 and delivered to Melbourne, Florida on December 16, 2015. Also according to USPS records, a parcel with tracking number EA249192859HK was shipped from China on December 14, 2015 and delivered to Palm Bay, Florida on December 16, 2015. Both receiving addresses are CMRA's.
[21] Based upon my training and experience and my involvement in this case, I believe that the user of the TARGET ACCOUNT ordered eight liters of the steroid testosterone, a Schedule III controlled substance, and then an additional one-hundred grams of Anadrol.  I further believe that payment in the amount of $2,400 U.S. Currency was sent to China by the user of tntsteal@aol.com.
[22] Based on my training and experience and my involvement in this case, I believe that the user of the TARGET ACCOUNT was ordering 500 grams of oxandrolone, 500 grams of stanozolol, and 500 grams of methenolone for a total of $4,230.
[23] Based on my training and experience and my involvement in this case, I believe that this email was confirming that $900 had been sent through MoneyGram in the name of Yuping Shen."

shelly@pharmade.com that stated, "We are sending more today, I will email you as soon as I have the info. Here is the addy: MAGI'S MERCHANDISE, 2903 W NEW HAVEN AVE BOX 407, W MELBOURNE FLORIDA, 32904." [24]   On June 8, 2016, the TARGET ACCOUNT received an email from shelly@pharmade.com that stated, "Here is the tracking number for 1 liter Primo D. 100 mg EA258886465HK."[25]

29.     My review of emails produced pursuant to the above referenced search warrant also revealed a pattern of email communication between the TARGET ACCOUNT and tntsteal66@aol.com.  It appeared that at the direction of the user of the TARGET ACCOUNT, the user of tntsteal66@aol.com would: communicate with the TARGET ACCOUNT regarding sources of supply in China; send payments for steroids to China (the source of supply) via money transmitting businesses; receive bulk steroids from the source of supply; and process the bulk steroids so that they could be sold to customers. For example, on May 20, 2015, the user of tntsteal66@aol.com forwarded an email to the TARGET ACCOUNT.  The original email was sent to tntsteal66@aol.com earlier that day from the user of maisiesteroids@ycgmp.com and included, "Hi,Jack. Following is our quotation for you."  Below that, the email included names, quantities, and prices of steroids, including 500 grams of Dianabol for $860 and one kilogram of Winstrol for $1,760.  Also on May 20, 2015, the TARGET ACCOUNT forwarded an email from cdniserytech@gmail.com to tntsteal66@aol.com, and added, "TRACKING IS BELOW FOR GROWTH."  The original email (from cdniserytech@gmail.com)

---

[24] 2903 West New Haven Avenue, West Melbourne, Florida is the address of Box & Send, a CMRA.
[25] According to the USPS, a parcel bearing tracking number EA258886465HK was sent from Hong Kong on June 11, 2016 and was delivered to Melbourne, Florida on June 14, 2016.  Melbourne, Florida is adjacent to Palm Bay, Florida.

contained a photograph of a box labeled "Somatropin" and of an express mail label

addressed to an address in Palm Bay, Florida. [26]

30.    On August 20, 2015, an email sent from the TARGET ACCOUNT to

tntsteal66@aol.com contained the following:

> "$12,747. is your pay all in, including your rent and expenses.
> income from customers $31,071.
> income from Stan $7,200.
> the rest from Stan is going into our stock
> Gross income $38,271
> expenses:
> my brother for site work 300.
> Shelly for stock $8,500.
> customer shipping $534
> your rent help $250.
> supplies $1,236
> gross expenses $10,830.
> net income $27,441
> 40% of $27,441= $10,976.4
> plus your exp. +$1,770.
> your pay $12,747."[27]

31.    Examination of the emails produced pursuant to the above-referenced search

warrants for the TARGET ACCOUNT also indicated that in approximately late

December 2015 and/or January 2016, the user of tntsteal66@aol.com changed email

accounts to drlibrim02@gmail.com.  Emails between the TARGET ACCOUNT and

tntsteal66@aol.com occurred between April 27, 2015 and January 30, 2016.  Emails

between the TARGET ACCOUNT and drlibrim02@gmail.com occurred between

December 27, 2015 and July 12, 2016.  On December 27, 2015, the user of

---

[26] Somatropin is a form of human growth hormone, commonly known as HGH, and is commonly used in conjunction with steroids.  Distribution of HGH is prohibited under 21 U.S.C. § 333(e)(1).

[27] Based upon my training and experience and my involvement in this case, I believe that this email details this organization's financial status, including: references to over $38,000 in steroid sales ("income from customers, $31,071" and "income from Stan $7,200"); and expenses, including $300 for maintaining its website ("my brother for site work 300") and $8,500 for raw steroids from the organization's source of supply in China ("Shelly for stock $8500"-see paragraphs 28 and 29).

drlibrim02@gmail.com sent an email to the TARGET ACCOUNT stating, "it is me mr

steal from tnt."   Like the emails to and from tntsteal66@aol.com, the emails to and

from drlibrim02@gmail.com showed a pattern of sending payments to China for

steroids and of processing bulk steroids for re-sale.  For example, on December 28,

2015, the user of drlibrim02@gmail.com sent an email to the TARGET ACCOUNT that

contained "Mg info" in the subject line and "FEI XIAO 68887080 $ 2000" in the body

of the email.[28]  Additionally, on January 27, 2016, an email was sent from the

TARGET ACCOUNT to junlu@chinataigui-steroid.com that read, "Hello Jin Lun, I am

Tommy/Jake/pauls (sorry, I'm not sure what name he is using with you) partner in the

business.  We are thinking about trying some small orders with you and your company

and if everything goes well we could give you the majority of our raw material

purchases, currently we spend about $20,000.-$30.000. a month and this spring that

number should be $40,000." [29]   The email went on to state that payment for the steroids

would be made through MoneyGram or Western Union.  Later that day, the TARGET

ACCOUNT received a reply from junlu@chinataigui-steroid.com that stated, "I am glad

to receive your email.  Here is my promise: Quality must be best.  Long time business is

based on the service and quality, i know it.  So don't worry about the quality.  And

second, WU and MG name is ok, i will talk with my boss, and find one name just for

you." This email was then forwarded from the TARGET ACCOUNT to

---

[28] Based upon my training and experience and my involvement in this case, I believe that the user of
drlibrim02@gmail.comwas advising the user of the TARGET ACCOUNT that he/she had sent $2,000
through MoneyGram.
[29] Based upon my training and experience, I know that when users create an email account, they are
required to create a username for that account.  This name is user supplied and can be fictitious.  The
emails obtained pursuant to the search warrant on the TARGET ACCOUNT revealed that
tntsteal66@aol.com had a username of "Tommy Clark" and that drlibrim02@gmail.com had a username of
"paul mckinnin."

drlibrim02@gmail.com and included, "Below is Jun Lu's answer, its good enough, go ahead and do the order."[30] The following day, tntsteal66@aol.com forwarded an email to the TARGET ACCOUNT. The original email forwarded by tntsteal@aol.com was sent on January 28, 2016 from tntsteal66@aol.com to junlu@chinataigui-steroid.com and stated, "1 liter of RIP BLEND 375. $ 1200, 2 liters of test CYPIONATE 300mg. $500"[31] I later obtained records from MoneyGram that showed that M. FULTON sent $1,000 to China on January 27, 2016 and $600 to China on January 29, 2016.

32.     The above-referenced search warrants also revealed emails to and from drlibrim02@gmail.com indicating that the user of that account is similarly involved in the processing of steroids for sale to customers. For example, on February 3, 2016, the user of stefhanturner@gmail.com sent an email to the TARGET ACCOUNT that read, in part, "I received my 25ml vile of Alpha Cyp last night and it seems like the vile began to crash at some point during shipping I guess." The email included a photograph of a small vial of liquid with small crystals suspended in it. This email was then forwarded from the TARGET ACCOUNT to drlibrim02@gmail.com with the added message of, "Stefhan Turners Test Cyp 25ml bottle crystalized, please send him a new one and DO NOT forget, he is a good customer." A few minutes later, the user of drlibrim02@gmail.com replied, "I will send him whatever he wants I am doing the test enth and cyp right now no problems." [32] Furthermore, there was an email sent on

---

[30] Based upon my training and experience and my involvement in this case, I believe the user of the TARGET ACCOUNT was instructing the user of drlibrim02@gmail.com to place an order for steroids from the user of junlu@chinataigui-steroid.com.
[31] Based upon my training and experience and my involvement in this case, I believe this email discussed the purchase of "rip blend" (see footnote 15) and testosterone cypionate, which contains the steroid testosterone, a Schedule III controlled substance.
[32] Based upon my training and experience and my involvement in this case, I believe the user of the TARGET ACCOUNT was instructing the user of drlibrim02@gmail.com to send a customer a new bottle

January 20, 2016 from the TARGET ACCOUNT to drlibrim02@gmail.com that stated, "just a reminder on the inventory, thx." Later that day, an email was sent from drlibrim02@gmail.com to the TARGET ACCOUNT with "Invent" in the subject line that had a picture attached. The picture was of lined notepaper with handwritten names of steroids and amounts in grams, liters, and milliliters, such as "Anadrol 170 g" and "Mast E 1400 ML."[33]

33.     On April 5, 2016, a federal search warrant for the email account of queenmaddog714@aol.com was applied for and issued. The search warrant was executed by agents on AOL, Inc. that same day. On April 16, 2016, agents received the data associated with that account from AOL, Inc.

34.     I have reviewed the emails produced pursuant to the search warrant upon AOL, Inc. described immediately above. My review of those emails revealed a continuation of the pattern described in paragraphs 22-25, above. In particular, emails containing names, addresses, and amounts of suspected steroids were sent from the TARGET ACCOUNT to queenmaddog714@aol.com. My review of the emails also documented expenses incurred by this steroid distribution organization. For example, on March 15, 2016 an email was sent to the TARGET ACCOUNT from queenmaddog714@aol.com that stated "receipts" in the subject line. The body of the email contained, "Hi there...

---

of testosterone because the customer's original purchase had crystalized, making it unsafe to inject into his/her body.

[33] Based upon my training and experience and my involvement in this case, I believe that this picture depicts a handwritten inventory of steroids this organization had on hand, including 170 grams of Anadrol, the trade name for the Schedule III steroid oxymethalone, and 1,400 milliliters of Masteron, the trade name for the Schedule III steroid drostanolone propionate.

That time again Please add in $250 for the rent  The total should come to 1318.10." [34]

Attached to that email was a file containing copies of many receipts from Walmart,

Walgreens, and CVS, for items such as latex gloves, packaging tape, and printer ink.

The file also contained copies of numerous receipts from the USPS for Priority Mail flat

rate boxes sent to a variety of addresses. [35]

35.     My review of these emails also revealed drug paraphernalia being purchased by

the user of queenmaddog714@aol.com.  For example, on March 21, 2016,

queenmaddog714@aol.com received an emailed invoice from EZVialZ documenting

the purchase of (1,050) 10-mL vials to be shipped to Rhonda FULTON, Steamroller

Vapors, at 1208 Cimarron Circle NE, Palm Bay, Florida. [36]  A later email to

queenmaddog714@aol.com provided a Federal Express tracking number for the

purchase.  I verified through the Federal Express website that that package was

delivered on March 24, 2016.

36.     Based on my review of the seized emails from the TARGET ACCOUNT and

from queenmaddog714@aol.com, I believe that this organization orders its bulk steroids

from a source of supply in China.  Payment for the steroids is then made by sending

money through Western Union and/or MoneyGram.  The steroids are then shipped to at

---

[34] Based upon my training and experience and my involvement in this case, I believe that the user of
queenmaddog714@aol.com was providing the user of the Target Account with a total dollar amount of
expenses incurred from shipping steroids to customers.
[35] Based upon my training and experience and my involvement in this case, I believe that the items
purchased were used for the packaging and distribution of steroids.
[36] Based upon my training and experience and my involvement in this case, I believe that these vials are
used to package injectable-form steroids.  Additionally, as detailed in paragraph 36, a receiving address for
ordered steroids was given as Steamroller Merchandise, 4651 Babcock Street, Unit 18, #320, Palm Bay,
Florida

least one CMRA in Florida. The steroids are then processed for sale by the user(s) of queenmaddog714@aol.com and drlibrim02@gmail.com.

37.     Based on my review of emails from the TARGET ACCOUNT, I believe that the website "ustraininggear.com" is managed by the user of mike@websitedesignlab.net. For example, on May 25, 2014, the TARGET ACCOUNT sent an email to mike@websitedesignlab.net that stated, "Mike add this to that message. I can not get HCG, CLEN, or HGH through this company, but I will continue to search for a source."[37] The following day, mike@websitedesignlab.net replied, "Done" and "Thank You, Mike Lopilato, WebSiteDesignLab.net." On February 9, 2015, an email sent from the TARGET ACCOUNT to mike@websitedesignlab.net stated, the following:

> "Change the old Turinabol that's on the site to this:
> Turinabol 50mg/100 tabs (Alpha 6 Labs) $150.
> Product name: Turinabol 50mg/100 tabs (Alpha 6 Labs)
> Producer: Alpha 6 Labs
> Contains: leave the same name that's there.
> Remove the line about baggies , but leave the picture…Last add my Email:
> steve.ustg@gmail.com to the front page of the site, put it under where it says
> Best of health, Steve
> Thank you"[38]

38.     Two days later, an email was sent from mike@websitedesignlab.net to the TARGET ACCOUNT that stated, "Done.  Send me some $$[.]  200 is good[.]  Also

---

[37] Based upon my training and experience and my involvement in this case, I believe that the user of the TARGET ACCOUNT was directing the user of mike@websitedesignlab.net to place a message on the website informing customers that some products were unavailable.

[38] Based upon my experience and my involvement in this case, I believe that the user of the TARGET ACCOUNT was directing the user of mike@websitedesignlab.net to modify the website www.ustraininggear.com to include the provided description and price for Turinabol. (Turinabol is the trade name for the Schedule III steroid dehydrochloromethyltestosterone.) On June 21, 2016, the TARGET ACCOUNT sent an email to mike@websitedesignlab.net requesting that the TARGET ACCOUNT address be removed from the website. On November 29, 2016, agents visited www.ustraininggear.com and observed that Turinabol was listed on the site as described in this email. They also observed that the TARGET ACCOUNT address was removed from the site.

remember to delete all emails between us regarding ustg. And delete them from your trash folder also."[39]

### Identification of Account Users

39.     Based upon evidence obtained through this investigation, I believe that the user of the TARGET ACCOUNT is LOPILATO.  During the review of the emails seized pursuant to the search warrants on the TARGET ACCOUNT, agents uncovered an email sent to the TARGET ACCOUNT on October 2, 2013 that had an attachment. That attachment was an invoice addressed to LOPILATO at an USPS box in Seabrook, New Hampshire, the same town listed for the registered owner of "ustraininggear.com." In addition to obtaining emails pursuant to the search warrants on the TARGET ACCOUNT, I also obtained information from Google that documented dates, times, and an IP address when the TARGET ACCOUNT was accessed from a computer.  I then obtained records from the Internet Service Provider ("ISP") to whom that IP address was registered.  Those records showed that the ISP customer who accessed the TARGET ACCOUNT was LOPILATO at 3016 Lake Ridge Drive, Sanger, Texas. Records from the State of Texas confirmed that LOPILATO has an active driver's license at that address.  Furthermore, as described below, when agents conducted surveillance of LOPILATO, they observed a truck registered to him in the driveway at his address, and they observed LOPILATO entering and exiting the CMRA located at 624 West University Drive, Denton, Texas.  Therefore, based on the above evidence, agents believe that LOPILATO is the user of the TARGET ACCOUNT.

---

[39] Based upon my training and experience and my involvement in this case, I believe that the user of mike@websitedesignlab.net confirmed that the requested changes described in paragraph 37 were made on ustraininggear.com, and that user was requesting payment in the amount of $200 for making the changes.

40.     Based upon evidence obtained through this investigation, I believe that the user of queenmaddog714@aol.com is R. FULTON.   During the review of the emails seized pursuant to the search warrants on the TARGET ACCOUNT, agents uncovered an email sent on April 13, 2015 from queenmaddog714@aol.com to the TARGET ACCOUNT that had an attachment.   That attachment was an invoice for vials, that can be used to store steroids, and labels that were shipped to Rhonda Mercier at 347 Americana Boulevard, Palm Bay, Florida.   As described in paragraph 35 above, another invoice was found addressed to Rhonda FULTON at 1208 Cimarron Circle NE, Palm Bay, Florida.   I learned from the Florida Department of Motor Vehicles that Rhonda FULTON has an active driver's license at 1208 Cimarron Circle NE, Palm Bay, Florida. Additionally, I learned from the Massachusetts Registry of Motor Vehicles that R. FULTON previously had a Massachusetts driver's license in the name of Rhonda Mercier.   Furthermore, as described below, agents observed R. FULTON coming and going from 1208 Cimarron Circle NE, Palm Bay, Florida.   Therefore, based on the above evidence, agents believe that R. FULTON is the user of queenmaddog714@aol.com.

41.     Based upon evidence obtained during this investigation, I believe that the user of drlibrim02@gmail.com is M. FULTON.   During the review of the emails seized pursuant to the search warrants on the TARGET ACCOUNT, agents uncovered an email sent on June 17, 2016 from the TARGET ACCOUNT to drlibrim02@gmail.com that stated, "Tell your wife I need Paul Conways tracking number, I sent her an email

earlier. thx."[40]  I discovered that M. FULTON has an active Florida driver's license with

an address of 347 Americana Boulevard, Palm Bay, Florida.  That license lists his

spouse, Rhonda Fulton, as an emergency contact.  R. FULTON's license lists her

spouse, Michael Fulton of 1208 Cimarron Circle NE, Palm Bay, Florida, as an

emergency contact.  Furthermore, as described below, agents observed M. FULTON

coming and going from 1208 Cimarron Circle NE, Palm Bay, Florida.  Therefore, based

on the above evidence, agents believe that M. FULTON is the user of

drlibrim02@gmail.com.

42.      Based upon evidence obtained through this investigation, I believe that the user

of mike@webdesignlab.net is LOPILATO's brother, M. LOPILATO.  On February 20,

2015, the TARGET ACCOUNT sent an email to mike@websitedesignlab.net that stated

that the user of the TARGET ACCOUNT had just purchased a 1965 Ford Mustang

Fastback.  A reply email sent from  mike@websitedesignlab.net to the TARGET

ACCOUNT stated, "Great! Fix it up and sent it to Mom- She still needs a car."  Also, as

described in paragraph 30 above, the user of the TARGET ACCOUNT sent an email

that included a cost for his brother for "site work."  Agents located the website

www.websitedesignlab.net on the Internet.  Under the "History" tab, it stated, among

other things, that the business was a website design and hosting business that was

started in 1996 by Mike Lopilato.  It went on to state, "We'll take your existing business

and build a web presence that will put you ahead of your competition!"  According to

Whois.com, the website websitedesignlab.net was created on November 19, 1999 with

---

[40] My review of the emails seized from the TARGET ACCOUNT confirmed that the TARGET
ACCOUNT sent an earlier email to queenmaddog714@aol.com requesting that tracking number.

M. LOPILATO as the registrant name and a registered address of 215 South Broadway,

#138, Salem, New Hampshire.[41]   The listed server names were Mustang.lope.com and

Shelby.lope.com.   According to Whois.com, the website ustraininggear.com was

created on October 12, 2012 with Paul Conroy as the registrant name and a registered

address of 215 South Broadway, #138, Salem, New Hampshire.  The listed server

names were also Mustang.lope.com and Shelby.lope.com.  According to Whois.com,

the domain lope.com was registered on March 31, 1996 with M. LOPILATO as the

registrant name and a registered address of 215 South Broadway, #138, Salem, New

Hampshire.  Additionally, according to the New Hampshire Secretary of State website,

the business name "WebSiteDesignLab" was registered with the state of New

Hampshire on September 13, 2010 as a website design, website hosting, and computer

support business, with the listed applicant as M. LOPILATO.

43.     Agents conducted surveillance of LOPILATO's residence in Sanger, Texas

during the week of June 13, 2016.  During that multi-day surveillance, agents believed

that LOPILATO was home because a vehicle registered to him was parked in the

driveway.  However, agents only observed him leaving the residence once.  On June

14, 2016, agents observed LOPILATO drive from his residence to the CMRA located

at 624 West University Drive, Denton, Texas.[42] Agents observed LOPILATO enter the

business empty-handed and exit carrying a bag in one hand and carrying numerous

boxes in his other arm.  These boxes were similar in size, shape, and color to the USPS

boxes agents had used to send their steroid payments to LOPILATO.

---

[41] This address is a CMRA.
[42] This was the CMRA where agents had sent payment for the steroids in the earlier part of this investigation.

44.     Agents also conducted surveillance of the FULTONS' residence in Palm Bay,

Florida during the week of July 25, 2016.  Although agents observed both Michael and

Rhonda FULTON coming and going from 1208 Cimarron Circle NE, Palm Bay, Florida,

they did not observe either of them mail or receive any packages.

## CONCLUSION

45.     Wherefore, there is probable cause to believe that the following individuals

committed the following offenses:

- Mark LOPILATO- distribution of steroids, a Schedule III controlled substance, and conspiracy to distribute steroids, a Schedule III controlled substance, in violation of 21 U.S.C. § § 841(a)(1) and 846; importation of a controlled substance, in violation of 21 U.S.C. § 952(b); use of a communications facility in the commission of a narcotics offense, in violation of 21 U.S.C. § 843(b); and dispensing a controlled substance by means of the Internet, in violation of 21 U.S.C. § 841(h)(1)(B);

- Rhonda FULTON – distribution of steroids, a Schedule III controlled substance, and conspiracy to distribute steroids, a Schedule III controlled substance, in violation of 21 U.S.C. § § 841(a)(1) and 846; use of a communications facility in the commission of a narcotics offense, in violation of 21 U.S.C. § 843(b); and dispensing a controlled substance by means of the Internet, in violation of 21 U.S.C. § 841(h)(1)(A).

- Michael FULTON - conspiracy to distribute steroids, a Schedule III controlled substance, in violation of 21 U.S.C. § 846; importation of a controlled substance, in violation of 21 U.S.C. § 952(b); and use of a communications facility in the commission of a narcotics offense, in violation of 21 U.S.C. § 843(b); and

- Michael LOPILATO - conspiracy to distribute steroids, a Schedule III controlled substance, in violation of 21 U.S.C. § 846; use of a communications facility in the commission of a narcotics offense, in violation of 21 U.S.C. § 843(b); and dispensing a controlled substance by means of the Internet, in violation of 21 U.S.C. § 841(h)(1)(B).

Todd F. Prough
Special Agent
Drug Enforcement Administration


Subscribed and sworn to before me at Boston, Massachusetts
this 21 day of December, 2016

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE